UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                  CHAPTER 13

AUNDRETTE A. STEVENSON                                  CASE NO. 09-74157

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Ocwen Loan Servicing LLC        Court claim #: (if known)

**Last four digits** of any number used to identify the debtor's account:    2nd Mrtg Arrearage

---

*Final Cure Amount*

Amount of Prepetition Arrears        $4,000.00

Amount Paid by Trustee               $4,000.00

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan           ☒    Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   3/28/13                        /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 28th Day of March, 2013.

Dated:   3/28/13                        /s/Cynthia K. Burnard

OCWEN LOAN SERVICING LLC
BANKRUPTCY/CASHIERING DEPARTMENT
PO BOX 24781
WEST PALM BEACH, FL 33416-4781

LITTON LOAN SERVICING LP
ATTN: CASHIERING/BANKRUPTCY DEPT.
PO BOX 4387
HOUSTON, TX 77210-4387

OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH, FL 33409

LITTON LOAN SERVICING, L.P.
C/O MCCALLA RAYMER, LLC
BANKRUPTCY DEPT.
1544 OLD ALABAMA RD.
ROSWELL, GA 30076

AUNDRETTE A. STEVENSON
2119 OHIO PARKWAY
ROCKFORD, IL 61108

BRIAN A. HART
BRIAN A. HART LAW OFFICES, PC
1410 N. MAIN STREET
ROCKFORD, IL 61103